UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEX URIEL MORALES-FLORES,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

No. 1:25-cv-01640-TLN-EFB

**ORDER**

This matter is before the Court on Petitioner's motion to accept a late filing. (ECF No. 10.) Petitioner's reply was due December 5, 2025, at 12:00 p.m. (ECF No. 4), but Petitioner filed the reply brief at 7:27 p.m. in conjunction with the instant motion. (ECF Nos. 8, 10.) In addition to being late, the reply brief is 18 pages, exceeding the Court's 10-page limit for civil motion replies, and appears to be a copied excerpt of the original motion. *See* Civil Standing Order at 4.B. Moreover, the reply does not address the issues that the Court specifically ordered the parties to address.[1]

Although the delay in filing is likely attributable to "excusable neglect," under Federal

---

[1] Namely: (1) whether Petitioner is amenable to converting the motion for TRO into a motion for preliminary injunction (ECF No. 4); (2) whether Petitioner requests a hearing on the motion (ECF No. 4); and (3) whether Petitioner is a member of the "bond eligible class" certified in *Maldonado Bautista, et al. v. Santacruz, et al.,* Case No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Nov. 25, 2025) (ECF No. 6).

1

Rule of Civil Procedure 6(b)(1)(B), the filing also violates this Court's Standing Order and two minute orders, and it is entirely duplicative. *See Ready Transp., Inc. v. AAR Mfg., Inc*., 627 F.3d 402, 404 (9th Cir. 2010) (finding district courts have inherent powers to control their dockets including striking improper filings).

      Accordingly, the Court DENIES Petitioner's motion (ECF No. 10) and STRIKES Petitioner's reply brief (ECF No. 8).  Petitioner's motion for temporary restraining order (ECF No. 2) is hereby deemed submitted and the Court's ruling is forthcoming.

      IT IS SO ORDERED.

Date: December 8, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE